UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,                                          Case No. 4:20-cv-11609
                                                           Hon. Matthew F. Leitman

v.

WADE STREETER,

    Defendants.

_____/

## ORDER TERMINATING AS MOOT DEFENDANT'S (1) MOTION TO QUASH SUBPOENAS (ECF No. 15) AND (2) MOTION TO STAY DISCOVERY (ECF No. 20)

Defendant Wade Preston Streeter has filed two motions: (1) Motion to Quash Subpoenas (ECF No. 15) and (2) Motion to Stay Discovery. (ECF No. 20.) Plaintiff John Doe now says he withdraws the subpoenas that Defendant seeks to quash and that he (Doe) does not want to take any further discovery. (*See* Pl.'s Resp. to Mot. to Stay Discovery, ECF No. 19.) Accordingly, Defendant's motions are **MOOT,** and for that reason the Court **TERMINATES** them. The Court will now hold a scheduling/status conference to discuss next steps in this action.

    **IT IS SO ORDERED**.

                                                   s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: May 18, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 18, 2021, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda  
                                      Case Manager  
                                      (810) 341-9764