# UNITED STATES DISTRICT COURT
# FOR THE EASTERN MICHIGAN DISTRICT
# SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

WADE P. STREETER,

    Defendant.

Case No.: 4:20-cv-11609

Hon. Matthew F. Leitman

Mag. Judge Anthony P. Patti

## CONSENT JUDGMENT

THE PARTIES, having appeared before the Court on October 26, 2021, and at such appearance consenting and agreeing that JUDGMENT shall be entered in favor of PLAINTIFF and against DEFENDANT in the amount of Ten Thousand Dollars ($10,000), plus interest thereon from the date of the Judgment until paid or collected in full, and that in exchange for such Consent Judgment the above-matter shall be and hereby is DISMISSED WITH PREJUDICE, with each party bearing its own costs, it is therefore, this 4th day of November, 2021.

ORDERED that CONSENT JUDGMENT be and hereby is ENTERED in favor of Plaintiff John Doe and against Defendant Wade P. Streeter in the amount of Ten Thousand Dollars ($10,000.00), plus interest at the statutory rate on and from the date of the Judgment until fully paid or collected; and it is further

ORDERED that in consideration of the CONSENT JUDGMENT entered herein, that this matter be and hereby is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 4, 2021               s/Matthew F. Leitman
                                      HON. MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE


JOINTLY APPROVED AND SUBMITTED FOR ENTRY BY COSENT:


By: _____          Dated: October 26, 2021
**THE FIERBERG NATIONAL
LAW GROUP, PLLC**
Douglas E. Fierberg (P76429)
161 East Front Street, Suite 200
Traverse City, MI 49684
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: dfierberg@tfnlgroup.com
Attorneys for Plaintiff


By: _____          Dated: 29 Oct. 2021
**WADE P. STREETER,** Defendant
FCI MILAN
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Milan, MI 48160


cc:    All parties